UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HUMBERTO R. CASTILLO,** *pro se*,

    **Plaintiff,**

v.                                    **CASE NO:  8:10-CV-2747-T-30MAP**

**CITY OF TAMPA,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

A review of the file indicates that Plaintiff has failed to properly serve Defendant as directed in this Court's Order (Dkt. #15) entered on April 7, 2011.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 10, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*S:\Odd\2010\10-cv-2747.dismissal.wpd*